MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AUTUMN R. PORTER (CASBN 240750)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-6394
    Email: autumn.r.porter.mil@mail.mil

Attorneys for Plaintiff

FILED

AUG 1 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL WAYNE BURKHART,<br><br>    Defendant. | Criminal No.: CR-11-00868 HRL<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME |

    On August 6, 2012, the parties in this case appeared before the Court for a status hearing. The parties jointly requested that the case be continued from August 6, 2012, until October 1, 2012 at 9:30 a.m., in order to allow counsel reasonable time necessary for effective preparation. In addition, the parties requested an exclusion of time under the Speedy Trial Act, from August 6, 2012 to October 1, 2012 at 9:30 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:            MELINDA HAAG
United States Attorney

DATED: August 10, 2012       /S/
AUTUMN R. PORTER
Special Assistant United States Attorney

DATED:                     /S/
MANUEL ARAUJO
Counsel for the Defendant

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from August 6, 2012 to October 1, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/13/12                        
HOWARD R. LLOYD
United States Magistrate Judge